UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRANK HARLEY DOYLE,

    Petitioner,

v.

JOSEPH BARRETT,

    Respondent.

Case No. 2:17-CV-52

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's June 12, 2019, Report and Recommendation recommending that Petitioner's petition for writ of habeas corpus be denied and that the Court deny Petitioner a certificate of appealability. The Report and Recommendation was duly served on Petitioner on June 12, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).[1] Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the June 12, 2019, Report and Recommendation (ECF No. 15) is approved and adopted as the Opinion of the Court, and Petitioner's habeas petition (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

A separate judgment will enter.

This case is **concluded**.

Dated: July 12, 2019                  /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation was returned to the Clerk on June 20, 2019, marked "Paroled/Discharged; No Forwarding Address." (ECF No. 16.) Dismissal of Petitioner's habeas petition would also be proper pursuant to Fed. R. Civ. P. 41(b) for failure to provide the Court with information regarding his current address. *See Von Ehl v. Saginaw Cty Jail*, No. 18-11453, 2019 WL 2016546, at *2 (E.D. Mich. Mar. 31, 2019).